IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18CR158 |
| v. | : | PROTECTIVE ORDER GOVERNING DISCOVERY |
| NASER ALMADAOJI, | : | |
| Defendant. | : | |

WHEREAS, the government will provide information and material to the defendant in the course of this case ("Discovery Information"), which may include interviews, reports, audio recordings, photographs, writings, or other discovery materials relating to the case;

AND WHEREAS, the parties agree that the government has a compelling interest in preventing the Discovery Information from being disclosed to anyone not a party to these judicial proceedings because such material may include information relevant to ongoing investigations and prosecutions, and such material may implicate the privacy interests of the defendant and third parties;

AND WHEREAS, the parties further agree that the Court has the authority under Fed. R. Crim. P. 16(d)(1) and 26.2 to grant appropriate relief to the parties where required in the interests of justice;

IT IS HEREBY STIPULATED that:

1. Discovery Information shall not be disseminated by the defendant, or his counsel of record, to any individuals, organizations, or other entities, other than: (i) members of the defense team (co-counsel, paralegals, investigators, translators, litigation support personnel, the

defendant (subject to paragraph 4, below), appellate and post-conviction counsel, and other defense staff); (ii) experts retained to assist in the preparation of the defense; and (iii) with respect to any individuals, organizations, or other entities not covered in subsections (i) and (ii) of this paragraph, with the express concurrence of the government.[1]

2. No Discovery Information shall be disseminated to any member of the defense team or appellate or post-conviction counsel (including defense-retained expert witnesses), unless that person first signs the attached Acknowledgment. *See* Attachment A (an agreement to comply with the terms of this Protective Order). The signed Acknowledgment shall be retained by the counsel of record and shall be made available to the Court upon request, and to the government upon reasonable request. The substitution, departure, or removal of counsel for the defendant, or anyone associated with the defense team, for any reason, shall not release that person from the provisions of this Protective Order, or the Acknowledgement executed in connection with this Protective Order.

3. Defense counsel shall advise any person to whom the Discovery Information is disclosed in accordance with this Protective Order that further disclosure, or dissemination, is prohibited without the defense counsel's express consent, and any disclosure, or dissemination, must comply with the terms of this Protective Order. Each of the individuals to whom disclosure is made pursuant to this provision shall be provided a copy of this Protective Order.

---

[1] "Disseminated" means to have provided, showed, or described to another individual any Discovery Information, including parts thereof, quotations, excerpts, and summaries derived therefrom.

4. Discovery Information shall not be given to the defendant to maintain, and the defendant shall not be permitted to make notes of the content of the Discovery Information, and he shall not keep such notes with him, or disperse such notes, or the contents thereof, to anyone other than individuals authorized to review Discovery Information in accordance with this Protective Order.

5. Defense counsel shall store all Discovery Information, and any copies thereof, in a secure place at all times.

6. Discovery Information that is the property of the government at the time of dissemination remains the property of the government notwithstanding the dissemination. At the conclusion of this case, all Discovery Information that is the property of the government shall be returned to the government or, with the consent of the government, destroyed. The conclusion of the case shall be when the judgment of conviction (or other case-concluding judgment) becomes final (such finality to be determined in consistent fashion as with respect to 28 U.S.C. § 2255(f)(1)).

\
\
\
\
\
\
\
\
\

7. Nothing in this Protective Order shall preclude the government, or the defendant, from seeking additional protective orders pursuant to Rule 16(d), or other rules or statutes, as to particular items of discovery. This Protective Order is entered without prejudice to either party's right to seek a revision of the Order by appropriate motion to the Court.

**SO STIPULATED.**

BENJAMIN C. GLASSMAN
United States Attorney

s/James P. Fleisher
JAMES P. FLEISHER
Attorney for the Defendant
6 North Main St., Suite 400
Dayton, Ohio 45402
Office: (937) 223-3277
Fax: (937) 223-6339
jpf@biesergreer.com

Attorney for Defendant

s/Dominick S. Gerace
DOMINICK S. GERACE (OH 0082823)
Assistant United States Attorney
VIPAL J. PATEL (CA 156212)
First Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
dominick.s.gerace@usdoj.gov
vipal.patel@usdoj.gov

JUSTIN SHER (D.C. 974235)
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004
Office: (202) 353-3909
justin.sher@usdoj.gov

**SO ORDERED.**

DATED: 12-13-19

HON. WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Appendix A

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the Southern District of Ohio in the case *United States v. Naser Almadaoji*, Criminal No. 3:18-cr-158. The undersigned individual understands the terms of the Protective Order and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned individual agrees not to use, or disclose, any information or material made available to him or her other than in strict compliance with the Protective Order. The undersigned individual acknowledges that his or her duties under the Protective Order shall survive the termination of this case and the terms permanently remain binding on the individual. The individual's failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: _____

BY:

_____
(type or print name)

SIGNED:

_____