IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-CR-00158 |
| v. | : | |
| | : | |
| NASER ALMADAOJI | | |
| Defendant, | | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

Comes now the United States of America, through undersigned counsel, providing notice that Trial Attorney Steven Ward, will, from this date forward appear in this case as co-counsel.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Dominick S. Gerace
DOMINICK S. GERACE (0082823)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
E-mail: Dominick.S.Gerace@usdoj.gov

s/Steven Ward
STEVEN WARD
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004
Office: (202) 305-2461
E-mail: steven.ward@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of Co-Counsel was electronically filed on all counsel of record on this 15th day of July 2019.

s/Dominick S. Gerace
DOMINICK S. GERACE (0082823)
Assistant United States Attorney
