IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :
    Plaintiff,
                                    Case No. 3:18-cr-158
v. :
                                    JUDGE WALTER H. RICE
NASER ALMADAOJI,
    Defendant. :

## SCHEDULING ORDER

As discussed during the conference call held on March 18, 2020, counsel for Defendant is planning to file a motion to continue the April 27, 2020, trial date so that he has ample time to review discovery with his client and to retain an expert witness. The Government did not object to the request for a continuance. The Court found that the ends of justice served by granting Defendant's anticipated request outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161 *et seq.* Trial will be continued on an indefinite basis until Defendant notifies the Court that he has retained an expert witness, at which time a scheduling conference will be convened to set a new trial date.

Defendant shall have until March 23, 2020, to file a memorandum in opposition to the United States' Motion for Protective Order, Doc. #32. If

Defendant opposes the Motion, the Government shall have 21 days to file a reply brief.

Defendant has also filed several discovery-related motions, Docs. ##34, 35, 36, 37. The Government shall respond to those motions no later than March 31, 2020.

Date: March 20, 2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE