IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-CR-158 |
| Plaintiff, | : | (District Judge Walter H. Rice) |
| v. | : | |
| | | **ORDER** |
| NASER ALMADAOJI | : | |
| Defendant. | : | |

Upon motion of the Defendant and for good cause shown, the Court orders that Defendant's Motion for Leave to File Motion for Appointment of Expert *ex parte* and Under Seal (Doc. 43) is hereby GRANTED.

SO ORDERED.

_____
The Honorable Walter H. Rice

2900.218270.\797056.1