

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### ███ - Person Query - Detail

03/06/2018 11:57 CST  |  Generated By: MATTHEW KNAGA  |  Page 1 of 5

**INCIDENT NUMBER:** ███████

**APPROVAL STATUS:** Approved

**INCIDENT TYPE:** I - TERRORIST RELATED

| SUMMARY | | | |
|---|---|---|---|
| **Incident Date** | | **Incident Time** | |
| 02/24/2018 | | 16:10 | |
| **Port Code** | **Site Code** | | **Location** |
| 3901 - CHICAGO | A392 - CBP-CHICAGO, OHARE AIRPORT | | CHICAGO |
| **Personal Search Performed** | | | |
| N - No | | | |
| **Document Type** | **Document Number** | | **FIN Number** |
| | | | |
| **Last Name** | **First Name** | **Middle Initial** | **Date of birth** |
| ALMADAOJI | NASER | S | ███/1999 |
| **Gender** | **Citizenship** | **Race** | **Hispanic** |
| M - Male | USA - UNITED STATES | U - UNKNOWN | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height** | **Weight** | **Hair** | **Eyes** |
| | | | |
| **Address** | | | |
| | | | |
| **City** | **State** | **Zip** | **Country** |
| | OH - OHIO | | USA - UNITED STATES |
| **Conveyance Type** | | **Inbound/Outbound** | |
| C - COMMERCIAL AIR | | I - In | |

| **Carrier Code** | **Flight/Vessel Number** | **Crew** | **Departure/Destination Port** | **Departure/Destination Country** |
|---|---|---|---|---|
| LH - DEUTSCHE LUFTHANSA AG | 430 | N - No | FRA - FRANKFURT INT'L | DEU - GERMANY |

| **Created By Officer** | | **Supervisor** | **Primary Officer** |
|---|---|---|---|
| | | | |

| REMARKS |
|---|

NAME: Naser ALMADAOJI
DOB: ███/1999
FLIGHT INFO: LH 430 REASON FOR SECONDARY
REFERRAL: JTTF ███ RECORD

NA-05210



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
██████ **- Person Query - Detail**

NTC OFFICER WHO CLOSED EVENT: N/A

PASSPORT NUMBER/COUNTRY: ██████148/U.S.

ADDITIONAL PASSPORT NUMBERS/COUNTRIES: None

LPR CLASSIFICATION AND A#/VISA CLASSIFICATION (IF ANY): N/A

DISPOSITION (ADMITTED, DENIED/REFUSED, ARRESTED): Admitted USC

LOOKOUT NUMBER (S):

1.PURPOSE OF TRIP:

Tourism

2. DURATION OF TRIP: 02/16 –

02/24/18

3. PERSONS VISITED/PERSONS TO BE VISITED: N/A

4.PLACES VISITED ABROAD/PLACES TO BE VISITED IN THE U.S.: CAIRO, EGYPT and

AMMAN/IBRA

JORDAN

5.SPONSORING ORG. FOR TRIP/MEANS USED TO PAY FOR TRIP:

Self

6.OCCUPATION: Korger grocery

store

7.AFFILIATIONS WITH EDUCATIONAL OR PROFESSIONAL INSTITUTIONS:

N/A

8.VALUE OF CASH AND OTHER MONETARY INSTRUMENTS IN THE TRAVELER'S

POSSESSION/ AMOUNT OF OUTBOUND CURRENCY: OUTBOUND = $3500 USD / INBOUND = $0 USD

9.NEXT DESTINATION:

HOME

10.ENTIRE TRAVEL ITINERARY (CITIES AND COUNTRIES VISITED, INCLUDING

     OUTBOUND PORT –  OHIO – NEW YORK – AMMAN – CAIRO – AMMAN – FRANKFURT – CHICAGO –

OHIO 11.CITY AND COUNTRY OF BIRTH: NEW

YORK, NY

12.CURRENT ADDRESS AND TELEPHONE NUMBER (INCLUDE ZIP

CODE):

     ██55 North Fairfield Rd. Beavercreek, OH   937-969-

0509

13.RESPONSE FROM ICE, FBI, JTTF SA (INCLUDE NAME AND TELEPHONE NUMBER):

N/A

14.ADDITIONAL APPROPRIATE INFORMATION (TYPES OF POCKET LITTER,

     BIOGRAPHICAL DATA OF CO-TRAVELER (S), CBP INTERACTION WITH THE ██████

RECORD HOLDERS, TYPE OF QUESTIONS AND RESPONSES, ETC): N/A



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**■■■ - Person Query - Detail**

Subj is USC returning from Cairo Egypt and Amman Jordan. Subj was in Cairo Egypt from 2/16 – 2/21. Subject claims no family or friends in Egypt and claims just wanted to "visit Cairo." Subject claims he stayed at an apartment in "New Egypt City" and booked it once he got to airport by asking the taxi driver for recommendations on places to stay. Subject was asked if he had anything booked or planned other than just showing up to these countries, to which he stated "no, I just winged everything." Subject claims he paid approx. $142 USD for 3 nights in "New Egypt Citty." Subject traveled by himself on entire trip and stated he saw Nile River and just visited the city of Cairo. Subject then took bus to southern peninsula and then took ship over to Jordan. Subject claims boat ride was approx. 3-4 hours long. Subject then spent approx. 3 days in Jordan. Subject claims he has family in Jordan but did not visit them or even tell them he was going to be in the country. Subject went to Irbid and Amman Jordan only. Subject stated he went approx. 2 kilometers from Israeli border. When asked why he went to border, subject stated he "Wanted to see the land that was taken from Jordan." When asked what he meant he said "everyone knows story of Israel and how they obtained their land." Subject claims all his travel was done alone and was transported around by taxi drivers. Subject claims he chose to go Jordan and Cairo because it looks "nice" and would not elaborate. Subject claims he booked trip through Jordanian Airlines and paid cash for everything. Subject was asked if he visited any mosques while he was Egypt or Jordan and he said "No Muslims are only supposed to visit 3 mosques – one in Mecca, one in Medina, and last one in Jerusalem." Subject claimed no other mosque is a true "Mosque of Islam." Subject was asked why he didn't go with a friend and he said none of his friends would want to go to an Arab country because they are "white" and he is "Arab." Subject was asked if he has any "Arab" friends that he could have asked to go, and he said he only talks to two people really outside of work and they aren't "religious enough for him." Subject said he likes to be "alone a lot." Subject also stated he is not currently in school, but wants to study mechanical engineering. Subject claims he likes to "build things" with his hands. When asked to elaborate, he just shrugged and said I don't know its an "interesting field to me." Subject stated his father is taxi driver and he wanted to be "more than that" when he grows up. Subject has 4 brothers and 3 sisters. Subject stated his older brother has cellphone shop and indoor flea market. Subject claims he told his family he was going but didn't tell them when he was coming back. Subject said it was only after $3000 USD was taken that he had to ask for help from his Brother to purchase a return ticket for him. Subject claims he was at a Mcdonalds in Jordan and went in to use bathroom and left backpack in taxi with $3000 USD and taxi driver took off instead of waiting for him. Subject claims he reported incident to American Embassy, but they "of course did nothing." Subject was then asked about his military style backpack, and stated he was at one time interested in joining the Marine corp. Subject was asked if he ever applied and he said no he lost interest because he "became religious" and had "different political views." Subject claims his parents are religious (MUSLIM) but he never really was growing up, until one day he was searching for the "purpose of life" and started getting into Islam.



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**■■■■ - Person Query - Detail**

03/06/2018 11:57 CST          Generated By: MATTHEW KNAGA          Page 4 of 5

Subject wanted to know why he was here on Earth and what his purpose was and came to
conclusion it was to serve to Allah by any means possible. Subject stated that he also
works with an Iraqi War veteran and that he talks to him about his time in Iraq and they
often argue with him a lot about why U.S. troops were there and how their presence has
caused civilians to die. Subject directly reference U.S. airstrikes on Iraqi villages and
the use of drones to "slaughter muslims." Subject states that U.S. is doing more harm in
Iraq than good, and need to leave the Middle East. When subject was asked if he thought
the fighting in the middle east would stop once U.S. left, subject stated that it would be
sorted out by "Allah's wishes." Subject stated that he previously thought about joining
Peshmergan Military forces in Northern Iraq (Kurdistan), but didn't know what he would be
get himself into so decided against it. Subject stated that they were the "real forces in
Iraq to stop ISIS, not U.S." Subject stated you need Muslims to stop Muslims. Subject
was asked about his views on ISIS and he stated that he thought they were "bad for killing
other Muslims, but that most Muslims they killed were "Shiites." Subject stated he is
"Sunni" so "Shiites were their natural adversaries." When asked why he felt like that,
subject stated because he felt "they didn't follow true Islam." Subject went on to state
that Iraq is a mess right now and the Iraqi Government is a joke. Subject said they are
so corrupt and the people of Iraq are no more free now than they were before ISIS invaded
Iraq. Subject stated he is from Basra Iraq and that he wishes to go visit where his
family is from. Subject stated he was very little last time he was there. Subject then
switched topics to state that President Trump has caused such a divisive culture that he
doesn't feel safe to be a Muslim in U.S. Subject said he has been teased at school and
bullied for being Muslim, and at the time thought it was kids joking around, but now that
he looks back at it he realizes most Americans "are racists against all Muslims." Subject
said even now when he prays in public he gets dirty looks and gets stared at like he is a
terrorist, and is "Tired of Americans looking down on Muslims and being arrogant." Subject
says he doesn't attend mosques and doesn't "sit home and read the Quran." Subject stated
that he sometimes goes online to Yahoo chat groups to talk about Islam to "get perspective
of other Muslims from across the world." Subject was asked if the topic online ever
switches to the U.S. and U.S. policies and politics etc. Subject stated, yeah sometimes
and he just listens or if asked his opinion, tells them what he has told me. 100% bag
exam was negative. Subject had no checked bags and only one military style backpack with
a few clothing articles and two "Go Pro" style cameras. Both cameras were empty, no
photos. When asked why he didn't take any photos of his trip, subject said he doesn't
like to be in photos or to take photos. When asked why he brought them with then, subject
stated he wanted to change and start to like to take photos, but "just couldn't do it."
Subject had one cellphone with him. Manual examination was conducted with neg results.
Subject phone had no photos on it except for two or three photos of his itinerary.
Subject was asked why he didn't take photos of his trip to show his friends and subject
replied "what friends?" Subject had approx. 4 "shemagh" tactical head wrap/scarfs. When
asked about them, subject said he liked the way they looked on "fighters." Subject was
asked if he say any "fighters" while he was in Egypt or Jordan and he stated, "no not



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**▇▇ - Person Query - Detail**

really," but that he sees them wearing it online all the time. Subject was asked if he ever discusses politics with anyone in his family, and he stated "no they don't like when I get into my political rants." Subject was asked if he has any future travel plans to which he stated he "wants to see Great Wall of China soon." Subject appeared depressed, lonely, and angry when asked about U.S. politics and the U.S. occupation of Iraq and other Middle Eastern countries. Subject admitted he has only "two friends" and is a "loner." Subject had zero photographic evidence of his trip or what he did on his trip. Subject's information was referred to local chicago jttf for analysis and possible followup.

ADDRESS: ▇55 North Fairfield Rd. Beavercreek OH
45432
TEL# 937-969-0509
email: nasermunshid16@gmail.com Snapchat:
naser_almadao / Naser Almadaoji
 Apps on his
phone:

TEXT NOW APP
HADITH APP KIK APP
(naser.munshid)

 TIMELINE of
Events
 Intercepted by TTRT Officer:
1405HRS
Contact to NTC: N/A
Contact from NTC: N/A
Contact to JTTF, ICE, FBI etc: EMAIL Response from
JTTF, ICE, FBI etc (include name): EMAIL CBP Release
or Custody of Subject: 1556hrs
 CBPO TTRT TRIPOLI took possession of (1) SAMSUNG Galaxy with IME# 354691065114215 @
1411 hours. The subject's device was voluntarily unlocked and placed in airplane mode by
ALMADAOJI. Subject's phone was manually examined only. Electronic tear sheet was given
to subject prior to the media examination. ALMADAOJI'S phone was returned to him upon
completion of the manual examination at 1556hrs.