IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No. 3:18-cr-158 |
| v. | : | JUDGE WALTER H. RICE |
| NASER ALMADAOJI, | | |
| Defendant. | : | |

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT NASER ALMADAOJI'S MOTION TO SUPPRESS EVIDENCE (DOC. #56); CANCELING EVIDENTIARY HEARING SET FOR JULY 8, 2021

Given the United States' representations that: (1) it does not intend to use at trial any information observed or obtained from the manual search of Defendant Naser Almadaoji's cell phone; and (2) that it did not use any information from that manual search to obtain additional evidence against Defendant, the Court OVERRULES AS MOOT Defendant's Motion to Suppress Evidence, Doc. #56.[1] The evidentiary hearing scheduled for July 8, 2021, is CANCELED.

---

[1] Said motion is overruled without prejudice. The Court has no reason to doubt the veracity of the Government's representations. Nevertheless, should Defendant have a specific reason to believe that the Government did, in fact, use information derived from the manual search of the cell phone to obtain additional evidence against him, Defendant may bring this to the Court's attention, and, if during trial, a brief *in camera* hearing will be held.

Date: May 19, 2021         /s/ Walter H. Rice   (tp - per Judge Rice authorization after his review)
                           WALTER H. RICE
                           UNITED STATES DISTRICT JUDGE