IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

NASER ALMADAOJI,

        Defendant.

: Case No.   3:18cr158

: JUDGE WALTER H. RICE

:

---

ENTRY DIRECTING OFFICE OF THE CLERK OF COURTS TO
AMEND/REWORD CAPTION, ON ITS RECORDS, FOR DOC. #61

---

At the direction of the Court, with no objection from counsel for the government or for the Defendant, the caption placed on Defendant's motion, docketed at Doc. #61, which reads as follows:

> Defendant Naser Almadaoji's Supplemental Memorandum in Support of Motion to Suppress Evidence Pursuant to the Fourth Amendment of the United States Constitution

is ordered amended/reworded as follows:

> Defendant Naser Almadaoji's Supplemental Motion to Suppress Evidence Pursuant to the Fourth Amendment to the United States Constitution with Attached Memorandum

Obviously, the purpose of this amendment/rewording is to avoid confusion, in that Defendant's initial Motion to Suppress Evidence (Doc. #56) was overruled by the Court on May 19, 2021 (Doc. #58). Defendant's latest filing (Doc. #61), referenced above, rather than a supplemental memorandum in support of a motion to dismiss which has already been decided, is best

described as a supplemental Motion to Suppress Evidence with attached memorandum.

September 17, 2021

*[signature: Walter H. Rice]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
US Marshal

2