| **PLEA ON INDICTMENT** | **Date: October 2, 2021** |
|---|---|
| **USA v. Naser Almadaoji** | **CASE NUMBER: 3:18cr158** |

**Plaintiff's Attorney:** AUSAs, Dominick Gerace, Nicholas Dingeldein, Justin Sher

**Defendant's Attorney:** James Fleisher

Statement by the Court. Statement by government counsel, Gerace. Dialogue between the Court and counsel for defendant. Statement by the Court. Dialogue between the Court, counsel for defendant, and defendant.

Defendant appeared with counsel.

Defendant sworn in by Court.

Statement of Facts read into record by Judge Walter H. Rice.

Defendant acknowledged accuracy of Statement of Facts.

Defendant's advisory sentencing guidelines range discussed and Defendant stated he understood same and the Section 3553a factors of Title 18. Defendant stated, in addition, an understanding of all possible fines, penalties, and consequences of a plea of guilty.

Defendant's Constitutional rights explained and Defendant stated he understood rights.

Defendant waived Constitutional rights.

Plea agreement read into the record by AUSA, Dominick Gerace.

Defendant entered a plea of GUILTY to Count   1   .

The Court accepts defendant's plea of guilty.

The Court accepts the Plea Agreement.

Defendant referred to Probation Department for Pre-sentence Investigation (PSI).

Bond: Order of Detention previously set by Magistrate Judge is continued until further order of this Court.

**SENTENCING SET for Monday, January 31, 2022 at 1:30 p.m.**

**IF YOU INTEND TO CALL WITNESSES AT THE TIME SET FOR SENTENCING, PLEASE ADVISE THE COURT IMMEDIATELY SO AMPLE TIME IS PROVIDED. VICTIM IMPACT STATEMENTS MUST BE FILED WITH THE COURT UNDER SEAL NO LATER THAN ONE WEEK PRIOR TO SENTENCING.**
**Defendant Sentencing Memo due by 10 days before sentencing; response by Government due 3 days before sentencing.**

| COURT REPORTER: | Debra Futrell | CONVENE: | 3:55/4:43 |
|---|---|---|---|
| DEPUTY CLERK: | Tisha Parker | RECESS: | 4:24/5:45 |