# CURRICULUM VITAE



EXHIBIT A

## Personal Data

*SCOTT A. BRESLER Ph.D., LLC*
Scott Alan Bresler, Ph.D., Licensed Psychologist
phone: (513) 508-4746
e-mail: scott@drscottbresler.com

## Education

DOCTOR OF PHILOSOPHY:  Clinical Psychology
Georgia State University
Atlanta, Georgia
Graduated: 1995
Dissertation: <u>Neurocognitive Functioning, Symptomatology, & Social Competence in a Chronic Schizophrenic Sample</u>
Bailey Wade Scholarship Award

MASTER OF ARTS:  Clinical Psychology
Georgia State University
Atlanta, Georgia
Graduated: 1989

MASTER OF ARTS:  Sports Psychology
Teachers College, Columbia University
New York, New York
Graduated: 1987

BACHELOR OF ARTS:  Psychology
School of General Studies
Columbia University
New York, New York
Graduated: 1983

## Clinical Experience

8/05 – 12/21  Clinical Director, Division of Forensic Psychiatry, University of Cincinnati Medical Center.
Duties: Consultation with corporate entities including risk assessment and fitness for duty evaluations. Forensic evaluations in both criminal and civil matters; Assessment and psychotherapy with private practice patients diagnosed with various behavioral and personality disorders; Teaching and supervision of forensic psychiatry post-doctoral fellows and psychiatry residents.

4/07 – 12/21  Associate Professor, University of Cincinnati, Department of Psychiatry and Behavioral Neuroscience; Director of Inpatient Psychology Consultation-Liaison Services at the University of Cincinnati Medical Center.
Duties: Coordination and implementation of inpatient psychology assessment services at the University of Cincinnati Medical Center.

| | |
|---|---|
| 8/05-3/07 | Neuropsychologist, Daniel Drake Center for Post-Acute Care |

Duties: Assess patients with various neurocognitive disorders. Consultation with rehabilitation treatment teams.

| | |
|---|---|
| 9/01- 7/05 | Associate Director of Forensic Services, Bridgewater State Hospital<br>Assistant Professor, University of Massachusetts Medical School, Department of Psychiatry |

Duties: Coordination and day-to-day management of forensic evaluation service. Forensic Training Committee (Chair), Professional Executive Committee, Risk Team, and Professional Health Enhancement Committee (Chair).

| | |
|---|---|
| 7/94- 8/01 | Research Assistant Professor<br>Department of Psychology<br>University of Nebraska - Lincoln |

Duties: Forensic Mental Health Service (0.5 FTE)- Assessments for the Nebraska criminal court system, supervision of doctoral students in the Law/Psychology Program. Geropsychology Project (0.5 FTE) Neuropsychological evaluations, competency assessments (financial and medical decisions), behavioral medicine, organizational consultation, supervision of students.

| | |
|---|---|
| 9/93-6/94 | Psychology Extern<br>Department of Psychology<br>University of Nebraska - Lincoln |

Duties: Inpatient psychiatric rehabilitation including neuropsychological evaluation, functional assessment, and behavioral management programming for adults suffering from schizophrenia spectrum disorders.

| | |
|---|---|
| 9/92-8/93 | Psychology Internship (APA approved)<br>Western Missouri Mental Health Center<br>Kansas City, Missouri |

Duties: Two major rotations: (1) Forensic psychology including competency and mental state assessments for patients in the criminal court system in the state of Missouri; (2) Outpatient community mental health including psychotherapy with children, adolescents, adults, and families; psychological testing, and neurocognitive assessments.

| | |
|---|---|
| 8/91-7/92 | Psychology Intern<br>South Fulton Mental Health Center<br>East Point, Georgia |

Duties: Outpatient community mental health with children, adults, and families including individual and group psychotherapy, psychological testing, crisis intervention, and Parent Effectiveness Training.

| | |
|---|---|
| 9/88-8/92 | Atlanta Center for Cognitive Therapy |

Duties: Private Practice (psychotherapy and psychological assessment) with adults

**Certifications, Recognitions, & Licensures**

**Teacher of the Year** - University of Cincinnati, Forensic Psychiatry Fellowship: 2007-2008; 2014-2015.

**Licensed to Practice Psychology** [License No. 6151] - State of Ohio, exp. 09/30/20; [License No. PSYLIP00211369] – Commonwealth of Kentucky exp. 04/15/2022.

**Dialogue Facilitator** - completed "Foundations for Dialogue" course with DIA*logos, affiliated with M.I.T.'s Dialogue Project (March 1999).

**Eden Associate** - completed the "Train-the-Trainer" course for The Eden Alternative, an innovative approach to long-term geriatric care of the elderly (1997).  Have led training workshops in multiple settings around the United States.  Appeared on public radio (KIOS, 91.5 FM) show, "Creighton Healthwise," (on 4/13/99) to present the Eden Alternative.

**Advanced Certification in Cognitive-Behavior Therapy** (1992) as part of an APA approved training program at the Atlanta Center for Cognitive Therapy.  Completed Foundations in Cognitive-Behavior Therapy Training Program (1989-1990) at the Atlanta Center for Cognitive Therapy.

**Advanced Certification in Interviewing & Interrogation** - John E. Reid & Associates, Inc. Cincinnati, OH – May 19-21, 2008

**Certified Training in Child Sexual Abuse Investigations** – John Reid & Associates, Inc. Columbus, OH – August 4, 2009

### Professional Affiliations

       Ohio Psychological Association

       American Psychology-Law Society

       American Academy of Forensic Sciences
       Program Chair for Psychiatry & Behavioral Sciences (2003)

       National Academy of Neuropsychology

       Association of Threat Assessment Professionals

### Course Teaching Experience

| | |
|---|---|
| 8/05 - 12/21 | Various Modules including psychological assessment, risk assessment, false confessions, and formulating clinical opinions<br>Department of Psychiatry & Behavioral Neuroscience (Residency Program)<br>Division of Forensic Psychiatry |
| 1/07 - 3/07 | Psychology & the Law (co-instructor with Dr. Julia King)<br>Department of Psychology<br>University of Cincinnati |
| 8/00 - 12/00 | Aggression<br>Department of Psychology<br>University of Nebraska - Lincoln |

| | |
|---|---|
| 12/94 - 3/95 | Group Therapy: Key Concepts and Processes<br>Nebraska Department of Public Institutions<br>Lincoln Regional Center |
| 9/93 - 6/94 | Introduction to Clinical Psychology (taught 3 times)<br>Department of Psychology<br>University of Nebraska - Lincoln |
| 9/91 - 8/92 | Leadership & Group Dynamics (taught 4 times)<br>Department of Psychology<br>Georgia State University |
| 9/89 - 8/91 | Contemporary Psychology (taught 10 times)<br>Department of Psychology<br>Georgia State University |

**Other Related Experience**

| | |
|---|---|
| Present | The CURESZ Foundation – Board of Trustees |
| Present | Reviewer for – Journal of Forensic Sciences |
| Previous | Reviewer for Schizophrenia Research, Behavioral Sciences and the Law, & International Journal of Forensic Mental Health |
| 5/07-5/13 | Police Consultant<br>University of Cincinnati Police. Served as a core member of the Threat Assessment Team and helped design and implement the "Prevention Through Intervention" program. |
| 8/98-6/00 | Organizational Consultant<br>Nebraska Department of Corrections. Facilitated Dialogue sessions with executive staff and Dialogue training in correctional settings. |
| 1/93-8/93 | Organizational Consultant<br>Network Rehabilitative Services / Kansas City, MO. |
| 2/84-6/86 | Assistant Medical Librarian<br>North General Hospital / New York, NY. |
| 1/82-6/83 | Organizational Psychology Research Assistant<br>Columbia University, School of Business / New York, NY. |

**Professional Presentations**

Bebo, D., Bassil, N., **Bresler, S.**, & Newton, M. (September 2021). The Incel movement: Ideology or pathology? Virtual presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds, Cincinnati, OH

Marett, C., Henning J., **Bresler, S.**, Sarnoski, E. (recorded March 2021). #All of the apps: Integrating review of social media accounts in psychiatric evaluation. American Psychiatric Association Annual Meeting Panel Discussion.

Henning, J., **Bresler, S.**, & Marett, C. (March 2021). Integrating Review of Social Media in Mental Health Evaluation. Virtual presentation at Beth Israel Deaconess Medical Center – Harvard Medical School Department of Psychiatry Grand Rounds

Henning, J., **Bresler, S.**, & Marett, C. (December 2020). Integrating Review of Social Media in Mental Health Evaluation. Virtual presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds

**Bresler, S.** (November 2020) Limiting Liability --- A Clinical Forensic Psychologist Perspective. Virtual Presentation at the 2020 Nebraska Behavioral Health Workforce Conference, Focus on Forensic Mental Health: A Four-Part Series.

Moore, J., **Bresler, S.**, & Newton, M. (September 2020). "Doctor: Discharge this patient. He is a 'pain.'" (He is in pain). Virtual presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds, Cincinnati, OH

Semenick, M., England, S., & **Bresler, S.** (June 2020). Assessing Fitness for Weapons Carry in a Sample of Public Safety Officers. Presentation (virtual) at the 55th Annual MMPI Symposium of Recent Research

Hochwalt, P., Roundtree, C., & **Bresler, S.** (March 2020). A Bumblebee with HIV: Duty to Protect? Presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds, Cincinnati, OH

Marett, C. & **Bresler S.** (October 2018). Nonfatal Strangulation and Monica's Law. Presentation at the American Academy of Psychiatry and the Law Annual Meeting, Austin TX

Montazeralghaem, D, Marett, C., & **Bresler S.** (October 2018). Physician Health Programs: Barriers and Innovations. Presentation at the American Academy of Psychiatry and the Law Annual Meeting, Austin, TX

Marett C., & **Bresler, S.** (April 2018). Examining the Extremist through the Forensic Mental Health Lens. Presented at the Weaver Institute's Symposium on Lone-Wolf Terrorism and Self-Radicalization, University of Cincinnati, College of Law, Cincinnati, OH

**Bresler, S.** (April 2018). Assessment of Capacity in the Elderly: A Proposed Model. Presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds, Cincinnati, OH

**Bresler, S.**, & Caster, D. (February 2018). Mad (Forensic) Scientist and Murder: A Case of Suspected Innocence after 22 Years. Presented at the American Academy of Forensic Sciences Annual Scientific Meeting, Seattle, WA

Rivendale, A., Gupta, N., & **Bresler, S.** (January 2018). I Want My Husky: Exploring Regression. A Grand Rounds presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience, Cincinnati, OH

Wilkes, S., Boswell, A., & **Bresler, S.** (January 2018). Self-inflicted Gunshots & Suicidal Risk: Does Lethality Matter? A Grand Rounds presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience, Cincinnati, OH

**Bresler, S.**, & Marett, C. (August 2017). Lone Actor Terrorism in Heartland USA: A Case Analysis. Presented at the 27th Annual Threat Assessment Conference (Association of Threat Assessment Professionals, Los Angeles Police Department (LAPD), and the LAPD Threat Management Unit), Anaheim, CA

Allgood, M., **Bresler, S.**, & Wygant, D. (June 2017). Ferreting Out the 'Fake Good' in Fitness for Duty Evaluation. Presented at the 52nd Annual MMPI Symposium, Minneapolis, MN

**Bresler, S.** (April 2017). The Anatomy of False Confession. Presented at the Tulane University Forensic Psychiatry Symposium, New Orleans, LA

Curell, J., **Bresler, S.**, & Blain, R. (November 2016). A Case of Conversion Disorder with Paralysis of the Lower Extremities. A Grand Rounds presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience, Cincinnati, OH

**Bresler, S.** (November 2016). Threat Assessment for Universities [a presentation in conjunction with the FBI's Joint Terrorism Task Force]. Franklin University, Columbus, OH

**Bresler, S.** (October 2016). Dating Abuse, Intimate Partner Violence, Murder: A Deadly Development. ACTION OHIO Coalition for Battered Women, Columbus, OH

Gillespie, G., Martsolf, D., Byczkowski, T., & **Bresler, S.** (October 2016). A Comparison of the Emotional Impact and Support Systems Following Workplace Violence. The 5th International Conference on Violence in the Health Sector 2016, Dublin, Ireland

**Bresler, S.** (July 2016). Campus Threat Assessment Seminar. Provided Training for the Federal Bureau of Investigation, and area security agencies. Cincinnati, OH

Gillespie, G., Martsolf, D., Fisher, B., Byczkowski, T., **Bresler, S.**, & Peek-Asa, C. (November 2015). Does Workplace Violence Impact Resilience in a Sample of Emergency Department Employees? Presentation at the American Society of Criminology Annual Conference, Washington, DC

Weber, K. & **Bresler, S.** (September 2015). Workplace Violence: What You Should (and Shouldn't) do to be Prepared. Presentation at the Cincinnati Bar Association's Law and Employment Law Symposium, Cincinnati, OH

Collins, C., McCuistian, C., Collins, J., & **Bresler, S.** (March 2015). Safeguarding Our Patients and Ourselves: A Multidisciplinary Integrative Approach for Outpatient Mental Health. Presentation at the 12th All-Ohio Institute on Community Psychiatry, Cleveland, OH

**Bresler, S.** (March 2015). Desperation for Winnings: Financial Exploitation in an Elderly Male. Presentation at the American Association of Geriatric Psychiatry Annual Meeting, New Orleans, LA

Cho, J., & **Bresler, S.** (February 2015). Hoarding Disorder: Whose Problem is it, Anyway? Presentation at the American Academy of Forensic Sciences Annual Scientific Meeting, Orlando, FL

**Bresler, S.** (February 2015). Aggression and Interpersonal Violence in Hospital Emergency Departments. Presentation at the American Academy of Forensic Sciences Annual Scientific Meeting, Orlando, FL

Byerly-Lamm, K., **Bresler, S.**, & Fox, P. (December 2014). Correctional Mental Health: Managing Risk for Aggression to Self & Others. Presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds, Cincinnati, OH

Ait Taouit, H., Houston, A., & **Bresler, S.** (December 2014). Stealing Our Seniors' Savings: A Case Study in Financial Exploitation. Presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds, Cincinnati, OH

**Bresler, S.**, & Ait Taouit, H. (September 2014). Inpatient Dialectical Behavior Therapy & The Borderline. A Grand Rounds Presentation at the Cincinnati Children's Hospital Medical Center, Cincinnati, OH

**Bresler, S.** (July 2014). School Based Violence: Who, What When, Where, & Why? Presentation at Schneider Children's Medical Center, Israel

**Bresler, S.** (June 2014). Litigating False Confession Cases: Selecting Experts & Presenting Expert Testimony. National Forensic College @ Cardozo Law School, New York, NY

**Bresler, S.**, & Johnston, P. (May 2014). Medicine, Mental Illness, & Murder? A Grand Rounds presentation at University of Cincinnati College of Medicine, Department of Psychiatry & Behavioral Neuroscience, Cincinnati, OH

**Bresler, S.**, Drizin, S., Grisso, T., LaVigne, M., & Shear, P. (April 2014). False Confessions: Why do They Happen. A Weaver Symposia presentation at the University of Cincinnati, College of Law.

Barzman, D., & **Bresler, S.** (December 2013). Violence in our Schools: What can we do? A Grand Rounds Presentation at the Cincinnati Children's Hospital Medical Center, Cincinnati, OH

**Bresler, S.** (August 2013). The Murderer by Your Side: Who Knew? Presentation at the Parents of Murdered Children Annual National Conference, Cincinnati, OH

**Bresler, S.**, Gaskell, M., & Curell, J. (May 2013). The Schizo-Obsessive Patient: A Case Study. Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry Grand Rounds, Cincinnati, OH

Pinales, M., & **Bresler, S.** (February 2013). The Ethics of Dealing with Experts: Defense and Prosecution. A Continuing Legal Education (CLE) presentation to attorneys participating in the National Association of Criminal Defense Lawyers Midwinter Meeting & Seminar, Washington, DC

**Bresler, S.** (April 2012). Physical Violence Against Healthcare Workers. A keynote address @ the National Conference for Workplace Violence Prevention & Management in Healthcare Settings, Cincinnati, OH

**Bresler, S.** (March 2012). False Confessions Revisited: How Does it End? Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry Grand Rounds, Cincinnati, OH

Wiggins, C., Wygant, D., **Bresler, S.**, & Juran, R. (April 2012). Can the MMPI-2-RF validity scales detect cognitive response bias in an inpatient psychiatric setting? A poster presentation @ the 47th Annual Symposium of Recent Developments of the MMPI-2, MMPI-2-RF, & MMPI-A, Las Vegas, NV

**Bresler, S.**, Schmidt, R. & Juran, R. (February 2012). Malingering: Detectable, Yet Rarely Diagnosed. Poster presentation at the American College of Legal Medicine Annual Meeting, New Orleans, LA

**Bresler, S.** (December 2011). Bloody and Not-so-Bloody Violence in the Workplace: How to See our Biggest Fear Coming and Stop it from Happening. A Continuing Legal Education (CLE) presentation to attorneys participating in a program entitled The Psyche at Work: Help for Lawyers' Worries about Employees' Mental Disorders, Trauma, & Violence. University of Cincinnati College of Law, Cincinnati, OH

Gillespie, G., Gates, D., **Bresler, S.**, Mentzel, T., Sanker, M., & Kowalenko, T. (October 2011) Symptoms of Posttraumatic Stress in Hospital Based Emergency Department Workers. Presentation at the 7th European Congress on Violence in Clinical Psychiatry: Challenges for Care and Treatment, Prague, Czech Republic

**Bresler, S.** (May 2011). False Confessions. Presentation to the Ohio State Bar Association Continuing Legal Education division as part of a symposium entitled Death Penalty Defense: Trials and Appeals, Columbus, OH

Ferrara, G., Cummins, D., Yoken, C., Schwallie, D., & **Bresler, S.** (May 2011). Targeted Threat Assessment: Where Public Safety and Mental health Professionals Collaborate. Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry & Behavioral Neuroscience Grand Rounds, Cincinnati, OH

**Bresler, S.**, Gillispie, J., Samuels, P., & Sanner, L. (April 2011). Dealing with Sleepless Nights: Handling the Stress of Innocence Work. Presentation at the 2011 Innocence Network Conference, Cincinnati, OH

Griffin, B., **Bresler, S.**, & Tharp, L. (March 2011). Prevention of Violence and Management of Agitation in Psychiatric Emergency and Inpatient Settings. Presentation at the 10th All-Ohio Institute on Community Psychiatry, Cleveland, OH

Cho, J., **Bresler, S.**, & Edwards, C. (February 2011).The Psychological Autopsy: Its History, Applications, and Legal Ramifications. Presentation at the American Academy of Forensic Sciences Annual Meeting, Chicago, IL

Gilday, E., & **Bresler, S.** (February 2011). Necrophiliac as a Morgue Attendant: Paraphilia in the Dead of Night. Presentation at the American Academy of Forensic Sciences Annual Scientific Meeting, Chicago, IL

Lukasik, D., **Bresler, S.**, Wulsin, L., & Garry, P. (October 2010). Stress, Anxiety & Depression in the Legal Profession: What's the Problem & What Can We Do About It? Presentation at the Cincinnati Bar Association, Cincinnati, OH

Farrell, H., & **Bresler, S.** (May 2010). Intimate Partner Violence: Assessing for Risk & Effective Management. Presentation for the Ohio Department of Mental Health (Summit Behavioral Healthcare).

Farrell, H., & **Bresler, S.** (February 2010). Intimate Partner Violence: Tracking the Development of a Killer through Love Letters. Presentation at the American Academy of Forensic Sciences Annual Scientific Meeting, Seattle, WA

Farrell, H., & **Bresler, S.** (January 2010). Intimate Partner Violence: Tracking the Development of a Killer through Love Letters. Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry Grand Rounds, Cincinnati, OH

Schmidt, R., **Bresler, S.**, & White, C. (September 2009). Malingering: Definition, Detection, & Disposition. Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry Grand Rounds, Cincinnati, OH

**Bresler, S.** (September 2009). The Forensic Psychiatrist / Forensic Psychologist in the Criminal Courts. A presentation at The Greater Cincinnati Criminal Defense Lawyers Association meeting (for continuing legal education credit)

**Bresler, S.** (May 2009). False Confessions. A presentation to the Ohio State Bar Association Continuing Legal Education division as part of a symposium entitled Death Penalty Defense: Trials and Appeals

**Bresler, S.** (March 2009). Nuts & Bolts of Police Interrogation: Who, What, When, Where, & Why? A presentation as part of a symposium sponsored by University of Cincinnati's College of Law, Glenn M. Weaver Institute of Law and Psychiatry and the College of Medicine entitled Interrogations and False Confessions: Social Science Confronts the Law

**Bresler, S.** (January 2009). Targeted Risk Assessment: Stress in the Workplace. Psychiatry News & Case Reviews (The University Hospital), Cincinnati, OH

**Bresler, S.**, & Casey. E. (January 2009). Conflict Resolution in the Work Environment. Cincinnati USA Regional Chamber Safety Council, Loveland, OH

**Bresler, S.**, & Stephani, A.J. (December 2008). Competence to Make Medical Decisions: Legal and Clinical Perspectives. Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry Grand Rounds, Cincinnati, OH

Palumbo, T., **Bresler, S.**, McMurtrie, J., & Keram, E. (October 2008). Assessing Confession Evidence: Police Coercion or Valid Admissions of Guilt? A workshop conducted at the American Academy of Psychiatry and the Law Annual Meeting, Seattle, WA

**Bresler, S.**, (February 2008). Model for Ethical Decision Making: A Framework for Analysis. Presentation for the Forensic Lecture Series at Summit Behavioral Healthcare, Cincinnati, OH

**Bresler, S.,** & Palumbo, T. (November 2007). False Confessions to Murder: A Forensic Case Analysis. Presentation at Cincinnati Children's Hospital Medical Center, Child Psychiatry Grand Rounds, Cincinnati, OH

**Bresler, S.,** & Palumbo, T. (September 2007). False Confessions to Murder: A Forensic Case Analysis. Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry Grand Rounds, Cincinnati, OH

**Bresler, S.,** (August 2007). Assessing Malingering: The Validity Indicator Profile. Presentation for the Forensic Lecture Series at Summit Behavioral Healthcare, Cincinnati, OH

**Bresler, S.,** King, J. (March 2007). Familicide in the Elderly: Mercy or Murder? Presentation at University of Cincinnati, College of Medicine, Department of Psychiatry Grand Rounds, Cincinnati, OH

**Bresler, S.,** (March 2007). Familicide in the Elderly: Mercy or Murder? Presentation for the Forensic Lecture Series at Summit Behavioral Healthcare, Cincinnati, OH

**Bresler, S.,** & King, J. (February 2007). Familicide in the Elderly: Mercy or Murder? Presentation at the American Academy of Forensic Science, San Antonio, TX

**Bresler, S.** (October 2005). Assessing Competence to Consent to Treatment. Presentation at Drake Center, Grand Rounds, Cincinnati, OH

**Bresler, S.** (September 2005). Dangerous Business: Identifying Potential Threats. Presentation at the Mental Health Association of Clermont County, Batavia, OH

**Bresler, S.** (August 2005). The Construct of Psychopathy. Presentation for the Hamilton County Juvenile Court Public Defender's Office, Cincinnati, OH

**Bresler, S.,** Raspanti, J., & Cannizzaro, L. (February 2005). Ethical Considerations in Working with Capital Murder Defendants: Perspectives from the Defense Lawyer, Forensic Evaluator, and the Bench. Presentation at the American Academy of Forensic Sciences Annual Scientific Meeting, New Orleans, LA

**Bresler, S.** (February 2003). Determining Clinical Criteria for Use in Evaluations of Sexually Violent Offenders: Exploration of Case Examples. Presentation at the American Academy of Forensic Sciences Annual Scientific Meeting, Chicago, IL

**Bresler, S.,** & Holm, J. (February 2002). False Confessions: Guidelines for Evaluation. Presentation at the American Academy of Forensic Sciences Annual Scientific Meeting, Atlanta, GA

Osborne, L., **Bresler, S.,** & Scalora, M. (March 2000). Neurocognitive Assessment of Risk: Decision Making & Psychopathy. Presentation at the American Psychology Law Society Biennial Conference, New Orleans, LA

Anderson, A., Fettman, M., **Bresler, S.,** Hodes, M., & Childs, B. (October 1999). Ethical Issues in Geriatric Forensic Evaluations: Presentation of the Geriatric Psychiatry and the Law Committee. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, MD.

**Bresler, S.** (February 1999). The Use of Neuropsychological Testing in Forensic Evaluations. Presented at the American Academy of Forensic Sciences Annual Scientific Meeting, Orlando, FL.

**Bresler, S.** (June 1998). Post Traumatic Stress Disorder and the Aging Veteran. Presented at the Department of Veterans Affairs, Readjustment Counseling Services Training, Indianapolis, IN.

**Bresler, S.** (April 1998). Malingering Revisited: Update on Strategies for Detecting the Malingerer. Presented at the Annual Missouri Forensic Services Workshop, Lake Ozark, MO.

**Bresler, S.,** & Washington, D. (February 1998). Hyperparathyroidism and Psychosis: A Mass Murder That Almost Happened. Presented at the American Academy of Forensic Sciences Annual Scientific Meeting, San Francisco, CA.

**Bresler, S.,** Scalora, M., & Washington, D. (February 1998). Unmasking the Malingerer. Presented at the American Academy of Forensic Sciences Annual Scientific Meeting, San Francisco, CA.

**Bresler, S.** & Rohling, M. (November, 1997). Ethical Considerations for Clinical Assessment of Competency with the Elderly. A poster presentation at the Gerontological Society of America Annual Scientific Meeting, Cincinnati, OH

**Bresler, S.** & Scalora, M. (April 1997). Detection of Malingering in Forensic Mental Health Assessments. Presented at the Annual Missouri Forensic Services Workshop, Lake Ozark, MO.

**Bresler, S.,** Spaulding, W., Reed, D., & Grimmell, D. (November 1995). A typological analysis of neurocognitive variables in a schizophrenic sample. A poster presentation at the Conference of the National Academy of Neuropsychology, San Francisco, CA

Lam, M., Rohling, M., Ficek, S., Grimmell, D., & **Bresler, S.** (November 1995). The relationship between caregivers' assessments and neuropsychological screening. A poster presentation at the Conference of the National Academy of Neuropsychology, San Francisco, CA

**Bresler, S.** (October 1991). Teaching the mental game in sports: A coping resources model. Presented at the Georgia Educational Research Association Annual Meeting, Atlanta, GA.

## Publications

Rutherford, D., Smith, C., **Bresler, S.,** & Gillespie, G. (2020). Emotions and feelings evoked in nursing students exposed to bullying behaviors in clinical settings. Journal of Nursing Education and Practice, 10(11), 54-64. doi:10.5430/jnep.v10n11p54

Hart, K., Lauch, M., & **Bresler, S.** (April 2017). Predictors of Treatment Completion and Recidivism among Intimate Partner Violence Offenders. Journal of Aggression, Maltreatment & Trauma, 1-15.

**Bresler, S.** & Gaskell, M. (2015). Risk assessment for patient violence against health care workers: Analysis of three case studies. Work: A Journal of Prevention, Assessment, and Rehabilitation, 51(1), 73-77.

**Bresler, S.** & Martell, D.A. Head Injury: Neuropsychological Assessment. Published in the Wiley Encyclopedia of Forensic Science (2014), Allan Jamieson & Andre Moenssens (Eds.).

Gillespie, G. L., Gates, D. M., Kowalenko, T., **Bresler, S.**, & Succop, P. (2014). Implementation of a comprehensive intervention to reduce physical assaults and threats in the emergency department. Journal of Emergency Nursing, *40*(6), 586-591.

Gillespie, G.L., **Bresler, S.**, Gates, D.M., & Succop, P. (2013). Posttraumatic stress symptomatology in emergency department workers following workplace aggression. Workplace Health and Safety, 61(6), 247-254.

**Bresler, S.** Review of: Forensic mental health assessments in death penalty cases. Journal of Forensic Sciences, 2012; 57(1); 279.

**Bresler, S.** & Lauch, M. Targeted risk assessment: Intimate partner violence. Journal of Psychological Practice. 2012; 17, 71-87.

**Bresler, S.** The fitness for duty assessment: An evaluation well-suited for the forensic psychologist. American Psychology Law Society News, Summer 2010, Vol.30, No. 2, 1-4.

**Bresler, S.** The clinical assessment of risk assessment. Published in the Encyclopedia of Victimology and Crime Prevention (2010). Bonnie S. Fisher and Steven P. Lab (Eds.). Sage Publications, Thousand Oaks, CA.

**Bresler, S.** & Martell, D. Head Injury: Neuropsychological Assessment. Published in the Wiley Encyclopedia of Forensic Science (2009), Allan Jamieson & Andre Moenssens (Eds.).

King, J. & **Bresler, S.** "Mercy Killings" Among the Aging Population: The Predominant Pattern of Male Spousal Caregivers and Female. The Ohio Psychologist, August 2009, Vol. 56, 9-11.

Bear, L. & **Bresler, S.** Overshadowing innocence: Evaluating and challenging the false confession. Habeas Corpus. March/April 2008, Vol. 22, No.3, 8-17.

Bear, L. & **Bresler, S.** Overshadowing innocence: Evaluating and challenging the false confession. The Champion. December, 2007, Vol. XXXI, No. 10, 16-21.

Kennedy, J., **Bresler, S.**, Whitaker, A, & Masterson, B. Risk management special report - Assessing violence risk in psychiatric inpatients: Useful tools. Psychiatric Times, July 2007, Vol. XXIV, No. 8, 30-34.

**Bresler, S.**, Scalora, M., Elbogen, E., & Moore, S. Attempted suicide by cop: A case study of traumatic brain injury and the insanity defense. Journal of Forensic Sciences, 2003; 48(1), 190-194.

**Bresler, S.**, Logan, W., & Washington, D. Hyperparathyroidism and psychosis: Possible prelude to murder. Journal of Forensic Sciences, 2000; 45(3), 728-730.

**Bresler, S.** (Spring 1992). Competition Trait Anxiety and coping resources for stress in high school athletes. Applied Research in Coaching & Athletics Annual, 1992, 163-181.

**Bresler, S.** & Montgomery, R. (1991). Training update: The clinical psychology program at Georgia State University. the Behavior Therapist, 14, 172-173.