# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  3:18-CR-158 |
| v. | : | Judge Walter H. Rice |
| NASER ALMADAOJI, | : | |
| *Defendant.* | | |

## MOTION TO FILE DOCUMENT UNDER SEAL

The United States hereby moves for permission to file a document with the Court under seal.  The document which the United States wishes to file under seal is necessary to the advancement of this case and requires that the United States reference other sealed filings already made in this case.

WHEREFORE, for the foregoing reasons, the United States requests that the Court allow it to file the requested document under seal.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/ Nicholas Dingeldein
NICHOLAS DINGELDEIN (NY 5284674)
Assistant U.S. Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402

1

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of September, 2022, I filed the foregoing using the Court's ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Nicholas Dingeldein
NICHOLAS DINGELDEIN (NY 5284674)
Assistant United States Attorney